# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | | |
|---|---|---|
| JAMES COLE, | ) | CV 22-02-GF-BMM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA and DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

Having settled all claims between them, Plaintiff and Defendants jointly stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees. Wherefore, IT IS HEREBY ORDERED this matter is DISMISSED with prejudice, each party to bear its own costs and fees.

Dated this 13th day of February, 2023

_____
Brian Morris, Chief District Judge
United States District Court